JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO SOTO, | ) CASE NO. CV 09-06257 PA (CTx) |
| Plaintiff, | ) ORDER FOR DISMISSAL WITH |
| v. | ) PREJUDICE OF ENTIRE ACTION |
| CITY OF MORENO VALLEY, et al., | ) |
| Defendant | ) |

Good cause appearing therefor,

IT IS ORDERED that this entire matter is dismissal with prejudice, with the parties to bear their own costs and attorney fees.

DATED: June 4, 2010      _____
Hon. Percy Anderson
United States District Judge